**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
              apersinger@bursor.com
              ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNATO LOPEZ JUAREZ, on Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br>     v.<br><br>CITIBANK, N.A.,<br><br>                    Defendant. | Case No.  16-cv-01984-WHO<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** |

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
CASE NO: 16-CV-01984-WHO

1    Plaintiff Fortunato Lopez Juarez ("Plaintiff") and Defendant Citibank, N.A. ("Citibank"), by
2 and through their respective counsel of record, hereby stipulate as follows:
3    WHEREAS, on or about May 9, 2016, Plaintiff agreed to give Citibank an extension of the
4 time to respond to Plaintiff's complaint.
5    WHEREAS, on or about May 27, 2016, Plaintiff agreed to give Citibank a second extension
6 of the time to respond to Plaintiff's complaint.
7    WHEREAS, on June 7, 2016, Defendant filed a Motion to Dismiss and Motion to Strike
8 Plaintiff's complaint.
9    WHEREAS, Plaintiff's deadline to respond to Defendant's Motion to Dismiss and Motion to
10 Strike is currently June 21, 2016, and Defendant's deadline to file a reply in support of its Motions
11 is currently June 28, 2016.
12    WHEREAS, the hearing on Defendant's motions is currently August 10, 2016, at 2:00 p.m.
13    WHEREAS, since Defendant filed its Motions on June 7, 2016, lead counsel for Plaintiff has
14 been traveling for depositions and hearings in other cases and will not be back in the office until
15 June 22, 2016.
16    WHEREAS, the parties have agreed to the following briefing schedule for Defendant's
17 Motions to allow both parties sufficient time to prepare their papers:
18  - The deadline for Plaintiff to file his response to Defendants motions should be July 8,
19    2016.
20  - The deadline for Defendant to file its reply in support of its motions should be July
21    22, 2016.
22  - The hearing on Defendants motions should be on August 31, 2016 at 2:00 p.m., or on
23    such other date that is convenient for the Court.

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE        1
CASE NO: 16-CV-01984-WHO

1  WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

2

3  Dated:  June 15, 2016                                Respectfully submitted,

4                                                      **BURSOR & FISHER, P.A.**

5                                                      By:   */s/ Annick M. Persinger*
6                                                              Annick M. Persinger

7                                                      L. Timothy Fisher (State Bar No. 191626)
                                                       Annick M. Persinger (State Bar No. 272996)
8                                                      Yeremey O. Krivoshey (State Bar No.295032)
                                                       1990 North California Blvd., Suite 940
9                                                      Walnut Creek, CA  94596
                                                       Telephone: (925) 300-4455
10                                                     Email:  ltfisher@bursor.com
                                                               apersinger@bursor.com
11                                                             ykrivoshey@bursor.com

12                                                     **BURSOR & FISHER, P.A.**
                                                       Scott A. Bursor (State Bar No. 276006)
13                                                     888 Seventh Avenue
                                                       New York, NY  10019
14                                                     Telephone: (212) 989-9113
                                                       Facsimile:  (212) 989-9163
15                                                     E-Mail: scott@bursor.com

16                                                     *Attorneys for Plaintiff*

17

18  Dated:  June 15, 2016                              Respectfully submitted,

19                                                     By:   */s/ Marcos D. Sassos*
                                                               Marcos D. Sassos
20

21                                                     STROOCK & STROOCK & LAVAN LLP
                                                       JULIA B. STRICKLAND (State Bar No. 083013)
22                                                     MARCOS D. SASSO (State Bar No. 228905)
                                                       KELLY D. COCHRAN (State Bar No. 305788)
23                                                     2029 Century Park East
                                                       Los Angeles, CA 90067-3086
24                                                     Telephone: 310-556-5800
                                                       Facsimile: 310-556-5959
25                                                     Email: *lacalendar@stroock.com*
                                                       Attorneys for Defendant Citibank, N.A.
26

27

28  STIPULATION AND ORDER SETTING BRIEFING SCHEDULE                                        2
    CASE NO: 16-CV-01984-WHO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the content of this document is acceptable to Marcos Sassos, counsel for Defendant, and that I have obtained Mr. Sassos's authorization to affix his electronic signature to this document.

Dated: June 15, 2016                      */s/ Annick M Persinger*
                                                                              Annick M. Persinger

ORDER

Pursuant to the stipulation of the parties, the Court orders the following:

- The deadline for Plaintiff to file his response to Defendant's motions shall be July 8, 2016.
- The deadline for Defendant to file its reply in support of its motions shall be July 22, 2016.
- The hearing on Defendant's motions shall be on August **17**, 2016 at 2:00 p.m.

IT IS SO ORDERED.

DATED: June 16, 2016

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge