STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
KELLY D. COCHRAN (State Bar No. 305788)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959
Email:        *lacalendar@stroock.com*

Attorneys for Defendant
  Citibank, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNATO LOPEZ JUAREZ, on behalf of himself, and all others similarly situated<br><br>              Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A.,<br><br>              Defendant. | Case No. 3:16-cv-01984-WHO<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER PURSUANT TO LOCAL RULE 6-2**<br><br>Action Filed:  April 14, 2016 |

Plaintiff Fortunato Lopez Juarez ("Plaintiff") and Defendant Citibank, N.A. ("Citibank"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on April 14, 2016 (Dkt. No.1);

WHEREAS, the initial Case Management Conference for this matter (the "CMC") is currently set for July 19, 2016, at 2:00 p.m., in Courtroom 2, 17th Floor, United States Court House, 450 Golden Gate Avenue, San Francisco, CA 94102 (Dkt. No. 9);

WHEREAS, Citibank has filed a motion to dismiss and a hearing on the motion to dismiss is set for August 17, 2016 at 2:00 p.m., in Courtroom 2, 17th Floor, United States Court House, 450 Golden Gate Avenue, San Francisco, CA 94102 (Dkt. No.17);

WHEREAS, in the interest of conserving judicial resources the parties have agreed to continue the CMC until August 17, 2016 at 2:00 p.m. so that both the CMC and the hearing on the motion to dismiss may be held together;

WHEREAS, this stipulation would have the effect of changing the date and time of the CMC from July 19, 2016, at 2:00 p.m., to August 17, 2016 at 2:00 p.m.;

WHEREAS, this stipulation would have the effect of changing the deadline by which the parties must file the joint case management statement from July 12, 2016, to August 10, 2016; and

WHEREAS, this stipulation is made based on good cause, and in good faith and in an effort to conserve judicial resources and the resources of the parties; IT IS HEREBY STIPULATED by and between Plaintiff and Citibank, through their respective counsel of record, that the date of the CMC shall be continued to August 17, 2016, and that the deadline for the joint case management statement shall be continued to August 10, 2016.

[signatures on next page]

IT IS SO STIPULATED.

Dated:  July 5, 2016                          BURSOR & FISHER, P.A.
                                              L. TIMOTHY FISHER
                                              SCOTT A. BURSOR
                                              ANNICK M. PERSINGER
                                              YEREMEY O. KRIVOSHEY


                                              By:   */s/ Annick M. Persinger*
                                                          Annick M. Persinger

                                              Attorneys for Plaintiff and the Proposed Class


Dated:  July 5, 2016                          STROOCK & STROOCK & LAVAN LLP
                                              JULIA B. STRICKLAND
                                              MARCOS D. SASSO
                                              KELLY D. COCHRAN


                                              By:   */s/ Marcos Sasso*
                                                              Marcos Sasso

                                              Attorneys for Defendant
                                                    Citibank, N.A.



**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: July 5, 2016                   By: _____
                                         Hon. William H. Orrick
                                         Judge of the United States District Court
                                           Northern District of California