UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNATO LOPEZ JUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | Case No. 16-cv-01984-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 32 |

　　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: December 15, 2016


WILLIAM H. ORRICK
United States District Judge